United States Bankruptcy Court
District of Puerto Rico

In re:  
FREDDIE A OLMEDA REYES  
    Debtor

Case No. 10-04575-ESL  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: zayasd | Page 1 of 1 | Date Rcvd: Apr 05, 2011 |
|---|---|---|---|
|  | Form ID: trc | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2011.
2988768    +BANCO SANTANDER,   DIVISION TARJETAS BANCARIAS-917,   PO BOX 362589,   SAN JUAN, PR 00936-2589

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**    **Signature:** *Joseph Speetjens*

**210B (12/09)**

# United States Bankruptcy Court

District of Puerto Rico
Case No. 10-04575-ESL13
Chapter 13

In re: Debtor(s) (including Name and Address)

FREDDIE A OLMEDA REYES
PO BOX 895
CAMUY PR 00627

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/04/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: BANCO SANTANDER, DIVISION TARJETAS BANCARIAS-917, PO BOX 362589, SAN JUAN, PR 00936 | Back Bowl I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste.400<br>Seattle, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/07/11

Celestino Matta-Mendez
**CLERK OF THE COURT**